Jesse Ortiz (CA Bar Assn. No. 176450)
**Jesse Ortiz** Law
917 7th Street
Sacramento, CA  95815
Telephone:  (916) 443-9500
Facsimile:  (916) 443-9501

Attorneys for Defendant
    Rusty Rycraft

UNITED STATES DISTRICT COUR

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>RUSTY ALLEN RYCRAFT,<br><br>           Defendant. | Case No.: 12-CR-0397 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION**

Defendant Rusty Allen Rycraft is charged in a two count indictment with 1) a violation of 18 U.S.C section 922(g)(1)-felon in possession of a firearm; and 2) a violation of section 841 (a)(1)-possession of methamphetamine with the intent to distribute.

A status conference is currently scheduled for July 30, 2013.  Counsel for Mr. Rycraft was allowed to substitute in as Mr. Rycraft's attorney of record in early April 2013.  The United States has provided discovery to counsel.  In light of counsel for Mr. Rycraft's trial schedule, he has not had sufficient time to review all discovery and discuss this matter

with Mr. Rycraft. Further, counsel for Mr. Rycraft needs additional time to conduct investigation in this matter.

In light of the foregoing, the parties agree that the status conference scheduled for July 30, 2013 be continued to September 17, 2013 at 9:45 a.m.

The parties agree that time should be excluded under 18 U.S.C. section 3161(h)(8)(i) for defense preparation under local rule T4.

Dated: July 29, 2013

**Jesse Ortiz** Law

By: /s/
Jesse Ortiz
Attorneys for Defendant
Rusty Rycraft


By: /s/
Jill Thomas
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference currently scheduled for July 30, 2013 be continued to September 17, 2013. The Court finds time excluded to September 17, 2013 pursuant to local rule T4.

Dated: 7/29/2013                    /s/ John A. Mendez_____

The Honorable Judge Mendez
United States District Court

**Stipulation and Order to Continue Settlement Conference**- 2